# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-2507

—————————————————

KENNETH D. MILLER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Belated Appeal—Original Jurisdiction.

July 24, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

WOLF, ROBERTS, and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Kenneth D. Miller, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.